| | **Mel S. Harris and Associates, LLC** | |
|---|---|---|
| MEL S. HARRIS | ATTORNEYS AT LAW | AMANDA PEREZ |
| DAVID WALDMAN | 5 HANOVER SQUARE, 8th Floor | SCOTT WORTMAN |
| ARTHUR SANDERS | NEW YORK, NY 10004 | HILARY KORMAN |
| | Tel (866) 414-7444 (212) 571-4900 | SPENCER T. McCORD |
| | Fax (212) 571-0965 | |

May 26, 2011

**VIA ECF ONLY**
Hon. A. Kathleen Tomlinson, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, NY. 11722-9014

RE:   ***DeNicola v. Asset Recovery Solutions, LLC.***
         U.S. District Court, E.D.N.Y. Case No. 2:11-cv-01192(LDW)(AKT)

Dear Judge Tomlinson:

I am counsel to defendant Asset Recovery Solutions, LLC (hereinafter "ARS"). Our office was retained yesterday to defend ARS in this matter.

I have conferred with my adversary and he has consented to allow ARS to file an answer on or before 6/9/2011. Accordingly, the parties jointly request that the Court accept the attached stipulation extending the time, and permitting, the service of a late answer to be filed on or before 6/9/2011.

Thank you for your consideration.

Respectfully submitted,

_____
Hilary F. Korman
Mel S. Harris & Associates, LLC
Attorneys for Defendant
5 Hanover Square, 8th Fl.
New York, NY. 10004
(212) 571-4900 Ext. 3309

*cc:*
The Law Office of Joseph Mauro, LLC
Joseph Mauro
Attorney for Plaintiff
306 McCall Ave.
West Islip, NY 11795
(631) 669-0921
*Via ECF Filing & E-mail*