UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

Steven DeNicola individually     Plaintiff
and on behalf of all others
similarly situated

Docket No. 11-1192

-against-

Asset Recovery Solutions, LLC

              Defendant
_____X

FILED
IN CLERK'S OFFICE
DISTRICT COURT E D N Y

★ JAN 03 2012 ★

LONG ISLAND OFFICE

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to the named Plaintiff but without prejudice to the putative class members, and without costs to either party.

S/ **JOSEPH MAURO**              8/30/2011
Joseph M. Mauro                       Date
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff

S/ **HILARY KORMAN**           8/30/2011
Hilary Korman, Esq.                Date
Mel S. Harris & Associates, LLC
5 Hanover Square   8th Floor
New York, NY 10004
Attorney for Defendant

So Ordered
S/ Leonard D. Wexler
Central Islip, NY
1/3/12